# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC OPPER, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : |
| | : |
| | : NO. 18-CV-4230 |
| FRED BEANS MOTORS OF | : |
| DOYLESTOWN, INC., d/b/a AUTO | : |
| EXPRESS OF DOYLESTOWN, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 5th day of September, 2019, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and Judgment as a matter of law is entered in favor of Defendant and against Plaintiff on Counts II, III and IV and as to all of Count I of Plaintiff's Complaint save for his claim that he was retaliated against in violation of Title VII for filing a claim of sexual harassment.

BY THE COURT:

S/J. CURTIS JOYNER\_\_\_\_\_
J. CURTIS JOYNER,    J.